Electronically Filed at
5/31/2024 4:26 PM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Lexany N. Hernandez, Deputy

CAUSE NO. 24-06-43473-MCVAJA

| | |
|---|---|
| GRISELDA GUADALUPE MARTINEZ, INDIVIDUALLY, AND AS A PERSONAL REPRESENTATIVE OF THE ESTATE OF C.M.G, DECEASED, AND JOSE LUIS GALVAN PEREZ, INDIVIDUALLY, AND AS A PERSONAL REPRESENTATIVE OF THE ESTATE OF C.M.G, DECEASED, | IN THE DISTRICT COURT |
| *Plaintiffs,* | |
| vs. | 365TH JUDICIAL DISTRICT |
| FEDERAL EXPRESS CORPORATION D/B/A FEDEX EXPRESS FEDEX, FEDEX GROUND PACKAGE SYSTEM, INC., WJ BISHOP INC., and ERIC LAMB, | |
| *Defendants* | OF MAVERICK COUNTY, TEXAS |

**PLAINTIFFS' ORIGINAL PETITION, RULE 193.7 NOTICE OF RELIANCE AND RULE 609 REQUEST FOR NOTICE OF CRIMINAL CONVICTIONS**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiffs GRISELDA GUADALUPE MARTINEZ, INDIVIDUALLY, AND AS A PERSONAL REPRESENTATIVE OF THE ESTATE OF C.M.G, DECEASED, AND JOSE LUIS GALVAN PEREZ, INDIVIDUALLY, AND AS A PERSONAL REPRESENTATIVE OF THE ESTATE OF C.M.G, DECEASED (collectively herein referred to as the "Plaintiffs"), and complain of FEDERAL EXPRESS CORPORATION D/B/A FEDEX EXPRESS FEDEX, FEDEX GROUND PACKAGE SYSTEM, INC., WJ BISHOP INC., and ERIC LAMB, Defendants (collectively herein referred to as the "Defendants"), and for

EXHIBIT
1

Copy from re:SearchTX

Electronically Filed at
5/31/2024 4:26 PM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Lexany N. Hernandez, Deputy

causes of action would respectfully show the Court the following:

## I.
## DISCOVERY CONTROL PLAN/NON-EXPEDITED ACTION

1.1. The damages sustained by Plaintiffs are ongoing and include both economic and non-economic elements. Plaintiffs seek to rely on the jury's valuation of the damages based on the evidence presented at trial. Nevertheless, Plaintiffs must make a statement of the maximum amount of damages and, therefore, state that amount to be over $10,000,000. Plaintiffs reserve the right to amend these amounts if a jury awards an amount in excess of the amount pleaded for herein.

1.2. Plaintiffs request a Level 3 discovery plan as provided by the Texas Rules of Civil Procedure.

## II.
## PARTIES

2.1. GRISELDA GUADALUPE MARTINEZ, Individually, and as a Personal Representative of the Estate of C.M.G, deceased, is an individual residing in Eagle Pass, Maverick County, Texas. GRISELDA GUADALUPE MARTINEZ was the natural biological mother of C.M.G, deceased, and is a wrongful death beneficiary under the Wrongful Death Statute set forth in Texas Civil Practices & Remedies Code Ann. § 71.004.

2.2. JOSE LUIS GALVAN PEREZ, individually, and as a Personal Representative of the Estate of C.M.G, deceased, is an individual residing in Piedras Negras, Coahuila, Mexico. JOSE LUIS GALVAN PEREZ was the natural and biological father of C.M.G, deceased, and is a wrongful death beneficiary under the Wrongful

Copy from re:SearchTX

Electronically Filed at
5/31/2024 4:26 PM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Lexany N. Hernandez, Deputy

Death Statute set forth in Tex. Civ. Prac. & Rem. Code Ann. § 71.004.

2.3. Defendant, FEDEX GROUND PACKAGE SYSTEM, INC. is a Delaware corporation doing business in Texas and may be served with process by serving its registered agent, CT CORPORATION SYSTEM, at 1999 Bryan Street, Ste. 900, Dallas, Texas 75201, or anywhere this Defendant may be found.

2.4. Defendant, FEDERAL EXPRESS CORPORATION D/B/A FEDEX EXPRESS FEDEX, is a Delaware corporation doing business in Texas and may be served with process by serving its registered agent, CT CORPORATION SYSTEM, at 1999 Bryan Street, Ste. 900, Dallas, Texas 75201, or anywhere this Defendant may be found.

2.5. Defendant, WJ BISHOP INC., is a Texas corporation and may be served with process by serving its registered agent, CHAO SUN, at 902 Means Farm Road, Garland, Texas 75044, or anywhere this Defendant may be found.

2.6. Defendant, ERIC LAMB., is an individual whose primary residence is in Uvalde County, Texas, at 400 Elizabeth St., Uvalde, Texas 78801-5814, or anywhere this Defendant may be found.

## III.
## JURISDICTION AND VENUE

3.1. Venue is proper in Maverick County, Texas pursuant to Texas Civil Practice & Remedies Code § 15.001 et seq. because all or a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in Maverick County, Texas.

3.2. This Court has jurisdiction over this case and the damages sought are within the jurisdictional limits of this Court.

Copy from re:SearchTX

Electronically Filed at
5/31/2024 4:26 PM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Lexany N. Hernandez, Deputy

## IV.
## FACTS

4.1. On or about May 28, 2024, C.M.G, a ten-year-old minor child, was riding as a passenger along with four other family members, Samantha Martinez, Joanna Martinez, Jose Martinez, and Noemi Martinez, in a 2022 Hyundai Santa Fe ("Martinez Vehicle") traveling westbound on US 57 in Maverick County, Texas. At the same time, upon information and belief, Defendant ERIC LAMB was operating a 2019 Ford box-truck traveling in the opposite direction when suddenly, and without warning, Defendant ERIC LAMB crossed over the center yellow lane line into the oncoming lane and crashed head-on into the Martinez Vehicle (the "Collision").

4.2. The Collision was so severe that the front seat occupants were so badly injured that they were unrecognizable. C.M.G was ejected from the vehicle and sustained fatal injuries to which she later succumbed. Prior to her tragic passing, C.M.G experienced significant conscious pain and suffering and was transported to a hospital where she ultimately passed away. All other occupants of the Martinez Vehicle sustained fatal injuries and were pronounced dead at the scene.

4.3. Upon information and belief, Defendant ERIC LAMB was working in the course and scope of his employment with Defendants FEDERAL EXPRESS CORPORATION D/B/A FEDEX EXPRESS FEDEX, FEDEX GROUND PACKAGE SYSTEM, INC., and/or WJ BISHOP INC. at the time of the Collision.

## V.
## CAUSES OF ACTION

5.1. Plaintiffs assert the following claims and causes of action against

Copy from re:SearchTX

Electronically Filed at
5/31/2024 4:26 PM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Lexany N. Hernandez, Deputy

Defendants FEDERAL EXPRESS CORPORATION D/B/A FEDEX EXPRESS FEDEX, FEDEX GROUND PACKAGE SYSTEM, INC., WJ BISHOP INC., and ERIC LAMB:

**Plaintiffs' Negligence Cause of Action**
**Against Defendant ERIC LAMB**

5.2. Defendant, ERIC LAMB, owed Plaintiffs statutory and common law duties to exercise with reasonable care and prudence in the operation of a commercial vehicle on the public roadways. Defendant breached that duty by the following acts and or omissions, independently and or collectively:

a. Failing to drive the box truck in his lane of traffic;

b. Failing to keep a proper lookout;

b. Failing to operate the box truck in a reasonable and prudent manner;

c. Failing to maintain a proper speed and control under the circumstances;

d. Failing to follow company and/or safety policy(ies);

e. Failing to timely and properly apply the brakes to the box truck; and,

f. Failing to comply with Federal and State Safety Regulations and Industry Standards and Policies.

5.3. As a result of Defendant's negligence, Plaintiff sustained personal injuries and damages for which Plaintiffs hereby sue.

**Plaintiffs' Negligence Per Se Cause of Action**
**Against Defendant ERIC LAMB**

5.4. Plaintiffs incorporate by reference here each and every allegation set forth above.

5.5. Plaintiffs sustained injuries as a direct and proximate result of Defendants'

Copy from re:SearchTX

Electronically Filed at
5/31/2024 4:26 PM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Lexany N. Hernandez, Deputy

negligence *per se* when Defendants:

a. Violated applicable, local, state, and federal laws and/or regulations by failing to drive in the Defendants' designated lane of traffic, including but not limited to Tex. Transp. Code Ann. § 545.051 and Tex. Transp. Code Ann. § 545.060; and,
b. Other acts so deemed negligent *per se*.

5.6. Plaintiffs are a member of the class that the aforementioned code sections, laws, and/or regulations were designed to protect. Defendants' unexcused breach of the duties imposed by said code sections proximately caused Plaintiffs' injuries as described herein.

**Plaintiffs' Vicarious Liability Cause of Action Against Defendant FEDERAL EXPRESS CORPORATION D/B/A FEDEX EXPRESS FEDEX, FEDEX GROUND PACKAGE SYSTEM, INC., and/or WJ BISHOP INC.**

5.7. The Collision resulted from the improper conduct of Defendants, FEDERAL EXPRESS CORPORATION D/B/A FEDEX EXPRESS FEDEX, FEDEX GROUND PACKAGE SYSTEM, INC., and/or WJ BISHOP INC.'s employee, agent or representative, Defendant ERIC LAMB who, upon information and belief and at all times material to this lawsuit, was an employee, agent or representative of Defendants FEDERAL EXPRESS CORPORATION D/B/A FEDEX EXPRESS FEDEX, FEDEX GROUND PACKAGE SYSTEM, INC., and/or WJ BISHOP INC. and was acting within the course and scope of his employment for Defendants, FEDERAL EXPRESS CORPORATION D/B/A FEDEX EXPRESS FEDEX, FEDEX GROUND PACKAGE SYSTEM, INC., and/or WJ BISHOP INC.. Consequently, Defendants FEDERAL EXPRESS CORPORATION D/B/A FEDEX EXPRESS FEDEX, FEDEX GROUND PACKAGE SYSTEM, INC., and/or WJ BISHOP INC.

Copy from re:SearchTX

Electronically Filed at
5/31/2024 4:26 PM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Lexany N. Hernandez, Deputy

are vicariously liable to Plaintiffs for the negligent conduct of their employee, agent or representative under the theories of vicarious liability and *respondeat superior*.

5.8. Based on information and belief, Defendants FEDERAL EXPRESS CORPORATION D/B/A FEDEX EXPRESS FEDEX, FEDEX GROUND PACKAGE SYSTEM, INC., and/or WJ BISHOP INC. are also liable to Plaintiffs for their negligent acts and/or omissions and are negligent per se for, among other things:

a. Failing to institute proper and effective safety policies, procedures, and programs for screening, training, and supervision;

b. Failing to employ or contract reasonably competent personnel;

c. Hiring and continuing to retain a driver it knew or should have known was not reasonably competent and entrusting its vehicle to him;

d. Entrusting its vehicle to a driver that they knew or should have known was not reasonably competent to operate it safely;

e. Retaining control over safety and failing to reasonably exercise that control; and,

f. Failing to provide reasonable and competent supervision.

5.9. The improper conduct of the Defendants was a direct and proximate cause of the injuries and damages suffered by Plaintiffs for which Plaintiffs hereby sue.

## VI.
## PLAINTIFFS' DAMAGES

6.1. As a direct result and proximate cause of the negligence of the Defendants, FEDERAL EXPRESS CORPORATION D/B/A FEDEX EXPRESS FEDEX, ERIC LAMB, jointly and/or severally, Plaintiffs seek and are entitled to the following

Copy from re:SearchTX

Electronically Filed at
5/31/2024 4:26 PM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Lexany N. Hernandez, Deputy

damages for the injuries and death of C.M.G:

a. Wrongful Death Damages:

(1) pecuniary loss in the future;

(2) loss of consortium, companionship, and society in the past and future;

(3) mental anguish in the past and future;

(4) loss of inheritance;

(5) loss of addition to estate; and,

(6) all other damages allowed by law and equity.

b. Survival Damages:

(1) pain and mental anguish;

(2) medical expenses;

(3) funeral and burial expenses; and,

(4) all other damages allowed by law and equity.

## VII.
## PRE-JUDGMENT AND POST-JUDGMENT INTEREST

7.1. Plaintiffs seek pre-judgment and post-judgment interest as allowed by law.

## VIII.
## JURY DEMAND

8.1. Plaintiffs demand a trial by jury and tender the requisite fee.

## IX.
## NOTICE OF RELIANCE

9.1. Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiffs hereby give notice of intent to utilize all documents and tangible items produced by any party through discovery, together with all deposition exhibits and documents

Copy from re:SearchTX

Electronically Filed at
5/31/2024 4:26 PM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Lexany N. Hernandez, Deputy

obtained by written questions, in any pre-trial proceeding and/or trial.

**X.**
**REQUEST FOR NOTICE OF CRIMINAL CONVICTIONS**

10.1. Pursuant to Rule 609 of the Texas Rules of Civil Evidence, request is hereby made for written notice of intent to use evidence of a conviction, if any, against any of the witnesses named by Plaintiffs as persons with knowledge of relevant facts. Sufficient advance written notice of intent to use such evidence is requested to provide a fair opportunity to contest the use of such evidence. Said notice is requested not later than thirty (30) days before trial.

**XI.**
**DESIGNATED E-SERVICE EMAIL ADDRESS**

11.1. The following is the undersigned attorney's designated e-service email address for all eserved documents and notices, filed and unfiled, pursuant to Tex. R. Civ. P. 21(f)(2) & 21a: eservice@mcfirm.com. This is the undersigned's only e-service email address, and service through any other email address will be considered invalid.

**PRAYER**

WHEREFORE, Plaintiffs pray that the Defendants be cited to answer and appear herein, this cause be set for trial before a jury, that they recover judgment of and from all Defendants, jointly and severally, their actual damages in such amount as the evidence may show and the jury may determine to be proper, together with prejudgment interest, post-judgment interest, costs of court, and such other and further relief to which they may show themselves to be justly entitled.

Copy from re:SearchTX

Electronically Filed at
5/31/2024 4:26 PM
Leopoldo Vielma, District Clerk
Maverick County, Texas
By: Lexany N. Hernandez, Deputy

Respectfully submitted,

**MARTIN & CUKJATI, L.L.P.**

Troy "Trey" S. Martin, III
State Bar No.: 13108800
Curtis L. Cukjati
State Bar No. 05207540
Jacob D. Cukjati
State Bar No. 24101188
1802 Blanco Road
San Antonio, Texas 78212
Telephone: (210) 223-2627
Facsimile: (210) 223-5052
Email: eservice@mcfirm.com

By: /s/ Troy "Trey" S. Martin, III
Troy "Trey" S. Martin, III
State Bar No.: 13108800

Copy from re:SearchTX